ond Department. March 3, 1916.) Matter referred to Hon. Josiah T. Marean as official referee.

KING COLLAR BUTTON CO., Respt., v. Arnold C. MESSLER, impleaded, etc., Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

John A. KINGSBURY, Com'r, etc., Respt., v. Julian BLUM, Applt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Judgment affirmed. No opinion. Order filed.

Benjamin R. KITTRIDGE, Respt., v. William G. LANGLEY, impld., Applt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Henry W. KNIGHT, Respondent, v. The REVIEWS OF REVIEWS COMPANY, Appellant. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Appeal from Special Term, New York County. The order appealed from denied defendant's motion to vacate an order for examination of defendant before trial.

PER CURIAM. The order appealed from should be modified, by striking out therefrom the words, "pursuant to the terms of the said order of December 21, 1915," and adding after the words "submit to an examination" the following: "Concerning the issues raised by the pleadings herein as to the fact of plaintiff's employment, by whom employed, the nature of the services rendered by him, and the reasonable value thereof"—and, as so modified, affirmed, with $10 costs and disbursements to the appellant. Settle order on notice.

Esther KOBRIN, Applt., v. INTERBORO RAPID TRANSIT CO., Respt. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Albert S. KOENIG v. Nathan VIDAVER and ano. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Application denied, with $10 costs. Order signed.

Julius KRAMER and ano. v. Benjamin FLEISCHER. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motion denied, with leave to renew, on the ground that the moving papers are insufficient to establish a default under rule 41, and therefore that the notice of motion as given was insufficient. Order filed.

Matter of Richard KRAUSE, an attorney. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion granted. Settle order on notice.

Jehkab KRISHKAN v. The NEW YORK SAVINGS BANK. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Application denied, with $10 costs. Order signed.

Edward J. KUECHLE v. J. Parker SLOANE et al. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion denied, with $10 costs. Order filed.

Max A. KURTEN, respondent, v. Valentine OSTER and Creszens Oster, defendants; the City of New York, appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Max A. KURTEN, respondent, v. Valentine OSTER and another, defendants; the City of New York, appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1916.) Motion for leave to appeal to the Court of Appeals denied.

LALANCE & GROSJEAN MFG. CO. v. BROOKLYN HEIGHTS R. R. CO. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Application denied, with $10 costs. Order signed.

LANDAY BROS., Inc., v. Charles BISCOW. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Application denied, with $10 costs. Order signed.

Solomon LASHINSKY, Respt., v. BOARD OF EDUCATION OF THE CITY OF N. Y., Applt. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order, so far as appealed from, reversed, with $10 costs and disbursements, and motion to that extent denied. No opinion. Order filed.

LAWYERS' TITLE INSURANCE & TRUST COMPANY, respondent, v. Samuel G. LOCKWOOD, appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur.

LAWYERS' TITLE INSURANCE & TRUST COMPANY, respondent, v. Samuel G. LOCKWOOD, appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Motions denied, without costs.

Daniel J. LEARY, Applt., v. Frederick GELLER, as ex'r, Respt. (Supreme Court, Appellate Division, First Department. March 17, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

George LEASK et al., as surviving trustees, etc., Respts., v. Marion D. BEACH et al., as ancillary ex'rs, etc., Respts., and Ella D. Garside et al., Applts. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.